# Exhibit A



MSA # 001

**MASTER PROFESSIONAL SERVICES AGREEMENT**

This Master Professional Services Agreement is made and entered into effective as of November 1, 2019, ("Effective Date") by and between Photon Interactive UK Limited, A United Kingdom based corporation, at The Office Group, 2 Angel Square, Islington, London EC1V 1NY, for itself ("Photon") and Purple Innovation, LLC (the "Customer"). The parties hereby agree as follows.

1.  **Definitions**. In this Agreement the following terms shall have the following meanings:

**(a)** "Confidential Information" means any technical or business information of one party that is marked or otherwise designated as confidential or proprietary and that is disclosed by such party (the "disclosing party") to the other party (the "receiving party") in connection with this Agreement or the transactions contemplated hereby. For purposes of this Agreement, Confidential Information shall not include information that (a) becomes publicly available through no fault of the receiving party, (b) is rightfully known to the receiving party, without restriction on disclosure, at the time of receiving such information from the disclosing party, (c) is lawfully disclosed to the receiving party by a third party without restriction on disclosure; or (d) is independently developed by the receiving party without use of or any reference to the Confidential Information.

**(b)** Customer Materials means any software, materials or technology of Customer or provided by Customer to Photon, which Photon requires performing the Services or on which Services will be performed by Photon.

**(c)** "Deliverables" means the specific materials, software, programs or other deliverables, that are provided by Photon to Customer as a result of performing the Services and which are specified in a Statement of Work.

**(d)** "Intellectual Property Rights" means patent rights, copyrights, moral rights, rights of priority, trade secret rights, mask work rights, design rights, trademark rights (including service mark rights), trade dress rights and other similar rights which may exist anywhere in the world, whether registered or unregistered, and all applications and registrations with respect to any of the foregoing.

**(e)** "Services" shall mean those services to be provided by Photon as specified in the applicable Statement of Work.

**(f)** "Statement(s) of Work" means the written description of the services and deliverables to be provided by Photon in a project under this Agreement from time to time. Each project shall be reflected in a separate statement of work.

2.  **Professional Services**.

    **2.1**   **Services**. Photon will use commercially reasonable efforts to perform the Services and deliver the Deliverables in substantial accordance with the specifications and time schedule set forth in the applicable Statement of Work. The time schedule for performance of Services will be mutually agreed upon and will subject to availability of Photon personnel. Customer shall cooperate fully with Photon to allow Photon to meet such time schedule, and the time schedule shall be adjusted as needed for any delay in Customer's or a third party's provision of required information, products, services or technology.

    **2.2**   **Statement of Work**. Each Statement of Work shall be agreed upon by both parties, executed by authorized representatives of both parties and consecutively numbered. Each Statement of Work shall set forth, at a minimum, a description of the work to be performed; delivery schedule for performance and completion of the work, including milestones and delivery dates, where appropriate; amount, schedule, and method of payment of compensation; completion, change and acceptance criteria, if applicable; designation



of the names and addresses of the project coordinators of each party and other billing terms specific to the work in question.

**3.**   **Charges and Payment**.

**3.1**   **Fees and Expenses**. Customer agrees to pay the amounts set forth in the applicable Statement of Work for the Services and Deliverables covered by such Statement of Work. Fees do not include, and Customer will pay, any and all sales, use, value added, excise and other taxes and all export, import duties and other governmental charges imposed in connection with this Agreement, the Services or the transactions contemplated hereby, by any federal, state or other governmental authority, except only taxes based on Photon 's net income. Customer shall reimburse Photon for actual, reasonable travel and out of pocket expenses incurred which are directly associated with the services performed under applicable Statement of Work provided such expenses are approved prior to expenditure and conform to Customer's Travel Policy. While Customer shall have access to the source code and other artifacts, the ownership of the intellectual property rights associated with such Deliverables shall be conditional upon Photon receiving all payments as under the relevant SOW.

**3.2**   **Changes in Rates/Scope**. Any changes to the rates, scope or additions to a team in any SOW can be approved by the Customer via email or facsimile and needs to be accepted by an authorized representative of Photon (VP of Sales, CTO or CEO) by email.

**3.3**   **Payment**. Payment terms are net thirty (30) days from date of invoice. All overdue amounts shall bear interest at the rate of 1.0% per month, or the highest rate permitted by applicable law, whichever is less, until paid in full. Interest shall accrue on a daily basis.

**3.4**   **Rate Increase**. Customer agrees to an increase of the prevailing rate of 3% at the end of each year from the date of commencement of the engagement to compensate for the inflationary pressures of the software industry. Any further increase to the above will be negotiated by both parties and signed off.

**4.**   **Limited Warranty and Disclaimers**.

**4.1**   **Limited Warranty; Exclusive Remedy**. Photon warrants to Customer that the Services hereunder will be performed in a professional manner. . In order to receive warranty remedy, deficiencies in the Services or Deliverables must be reported to Photon in writing within Fifteen (15) days of completion of those Services or delivery of those Deliverables. Photon does not warrant that any Deliverable or any Services will operate uninterrupted or error free or will meet Customer's needs or requirements but do warrant that the Deliverable or Services will meet the requirements outlined in the specific statement of work. Deficiencies in the Services or Deliverables under a Statement of Work must be reported to Photon in detail and in writing within forty five (45) days from (i) the delivery of the applicable Deliverables to Customer under a Statement of Work, or (ii) completion of the Services under a Statement of Work, as applicable. Customer's sole and exclusive remedy, and Photon's exclusive obligation and liability, with respect to the warranty contained in this Section 4.1, is for Photon to re-perform the applicable Services, correct/ fix all software defects that can be categorized as Blocker, Critical and Major that prevents the optimal operation of the deployed application (This will be subject to the below conditions being met and below are the Severity levels.) or redeliver the Deliverables or, at Photon's option, to pay to Customer a refund of the pro rata portion of the fees allocable to such Services or Deliverables. Any modification of the Deliverables or the Services by anyone other than Photon shall terminate any obligation of Photon under this Section 4.1 to correct any deficiencies with respect to such Deliverables or Services. This warranty contained in section 4.1 is applicable only for fixed cost engagements set forth in the applicable Statement of Work. Photon represents and warrants that it is and will be for the term of this Agreement in compliance with all state and federal laws and regulations relating to the handling of consumer personal information.



- Within 45 days following implementation Customer will provide the necessary defect information including steps to reproduce, expected results and actual results and Photon will resolve any Blocker,Critical and Major defects such that the platform performs as specified in the specific statement of work.
- Cause of defect can be attributed to development and testing
- No code changes or deployments from the original GO LIVE baseline
- Complies with the signed off requirements specification and is not a change in behavior
- Photon will have the required access to environments for defect fixing, testing and release, post launch

| Severity Levels | |
|---|---|
| Blocker | Fatal: Errors that result in the loss of all processing capability. |
| Critical | Severe Impact: Errors which disable major functions from being performed and therefore affect the normal operation of the Software. |
| Major | Degraded Operations: Errors disabling only certain nonessential functions but do not affect the normal operation of the Software. |
| Minor | Minimal Impact: Intermittent Errors affecting use of certain nonessential functions of the Software, and all other Errors reported by Customer. |

**4.2    Disclaimers**. THE WARRANTY CONTAINED IN SECTION 4.1 IS EXCLUSIVE AND PHOTON HEREBY EXPRESSLY EXCLUDES AND DISCLAIMS ALL OTHER WARRANTIES, WHETHER EXPRESS, IMPLIED OR STATUTORY, REGARDING THE SERVICES OR THE DELIVERABLES, INCLUDING, WITHOUT LIMITATION, ANY WARRANTY OF MERCHANTABILITY AND OF FITNESS FOR A PARTICULAR PURPOSE, AND ANY WARRANTY OF NON-INFRINGEMENT, AND CUSTOMER HEREBY EXPRESSLY WAIVES ANY AND ALL SUCH WARRANTIES.

**5.    REPRESENTATIONS; INDEMNIFICATION**

**5.1    Representations.** Photon represents that it maintains certifications and licenses as well as makes claims regarding the Services. Photon further represents that any such certifications meet all Applicable Laws. Photon agrees that such certifications, licenses and/or substantiation of those claims will be provided upon request by Purple and attached as an exhibit to this Agreement. Photon further represents that it may enter into this agreement and receive fees related to the Services, and receipt of fees or providing such Services do not violate any law, rule of ethics, contract or third party right.

**5.2    Indemnification By Photon.** Photon (including its successors and assigns) shall, at all times during the term of this Agreement and thereafter, individually, indemnify, defend and hold Purple and its Affiliates and their respective officers, directors, employees and agents, and the successors and permitted assigns of the foregoing (collectively, the "Purple Indemnified Parties"), harmless from and against all claims, suits, liability, demands, damages, government fines and actions, expenses and losses (including, without limitation, lost productivity, lost time, legal expenses and reasonable attorneys' fees) (collectively, "Losses") resulting, directly or indirectly, from (i) the breach of any of its representations and warranties set forth in this Agreement; (ii) the breach or default in the performance of any of the covenants or obligations that Photon is required to perform in connection with this Agreement; or (iii) any claim, demand, action, cause of action, suit or proceeding by any third party arising from intellectual property rights, personal injury, including death, or property damage resulting from the failure of the Services to meet the parameters of the Statement(s) of Work. Additionally, Photon shall defend, indemnify and hold harmless Client from Photon's mishandling of consumer personal information including but not limited to any data breach. Provided however, that Photon

DocuSign Envelope ID: 417155CE-B095-4C96-AB9A-2D75D70032B9



shall have no indemnification obligations wherein the claim arises from Photon following, complying or implementing with the Customer's design directions, functional specifications or coding instructions.

**5.3** Indemnification By Purple. Purple shall, at all times during the term of this Agreement and thereafter, indemnify, defend and hold Photon and its Affiliates and their respective officers, directors, employees and agents, and the successors and permitted assigns of the foregoing (collectively, the "Photon Indemnified Parties") harmless from and against all Losses resulting, directly or indirectly, from (i) a claim by a third party that the Products infringe any patent or intellectual property that arises out of Purple technology provided by Purple to Photon; or (ii) any claim, demand, action, cause of action, suit or proceeding by any third party arising from personal injury or property damage in connection with the design, marketing, sale or use of a Product by Photon, in each case except to the extent of those Losses for which Photon have an obligation to indemnify Purple Indemnified Parties.

**5.4** <u>Limitation of Liability</u>.

**5.5** <u>No Consequential Damages</u>. UNDER NO CIRCUMSTANCES SHALL PHOTON BE LIABLE FOR THE COSTS OF PROCUREMENT OF SUBSTITUTE SERVICES OR DELIVERABLES, OR FOR ANY SPECIAL, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY KIND OR NATURE WHATSOEVER, ARISING OUT OF OR IN ANY WAY RELATED TO THIS AGREEMENT, A STATEMENT OF WORK, ANY SERVICES OR ANY DELIVERABLE OR THE USE OR INABILITY TO USE ANY SERVICES OR DELIVERABLES, INCLUDING, WITHOUT LIMITATION, LOST GOODWILL, LOST PROFITS, WORK STOPPAGE OR IMPAIRMENT OF OTHER GOODS, AND WHETHER ARISING OUT OF BREACH OF WARRANTY, BREACH OF CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE OR IF SUCH DAMAGE COULD HAVE BEEN REASONABLY FORESEEN, AND NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY EXCLUSIVE REMEDY PROVIDED HEREIN, EXCEPT ONLY IN CASE OF BODILY INJURY OR DEATH WHERE, AND THEN ONLY TO THE EXTENT THAT, APPLICABLE LAW REQUIRES SUCH LIABILITY.

**5.6** <u>Liability Limit</u>. EXCEPT ONLY IN CASE OF BODILY INJURY OR DEATH WHERE, AND THEN ONLY TO THE EXTENT THAT, APPLICABLE LAW REQUIRES SUCH LIABILITY, PHOTON 'S AGGREGATE LIABILITY UNDER OR IN CONNECTION WITH THIS AGREEMENT, THE SERVICES OR DELIVERABLES SHALL NOT EXCEED THE TOTAL AMOUNT RECEIVED BY PHOTON UNDER THE APPLICABLE STATEMENT OF WORK COVERING THE SERVICES OR DELIVERABLES GIVING RISE TO SUCH LIABILITY. NOTHWITHSTANDING THE FOREGOING, THIS LIMITATIONS OF LIABILITY SECTION SHALL NOT BE APPLIED TO LIMIT (i) CLAIMS BY A PARTY FOR INFRINGEMENT OF THEIR INTELLECTUAL PROPERTY RIGHTS OR BREACH OF A CONFIDENTIALITY OBLIGATION AGAINST THE OTHER PARTY OR ITS AFFILIATES; (ii) A PARTY'S EXPRESS INDEMNITY OBLIGATIONS UNDER THE AGREEMENT; (iii) LIABILITY BASED ON WILLFUL MISCONDUCT OR FRAUDULENT MISREPRESENTATION, BUT ONLY TO THE EXTENT SUCH LIABILITY MAY NOT BE EXCLUDED, LIMITED OR WAIVED AS A MATTER OF APPLICABLE LAW; OR (iv) ANY OTHER LIABILITY TO THE EXTENT THE LIABILITY MAY NOT BE EXCLUDED, LIMITED OR WAIVED AS A MATTER OF APPLICABLE LAW.

**6.** <u>Confidentiality</u>.

**6.1** <u>Confidentiality</u>. Each party receiving Confidential Information of the other shall treat such information as strictly confidential and shall use the same care to prevent disclosure of such information as such receiving party uses with respect to its own valuable confidential and proprietary information of like kind, but not less than reasonable care. In any event, each party receiving Confidential Information of the other shall disclose such Confidential Information to (i) only those authorized employees of such receiving party whose duties justify their need to know such information and who have been clearly informed of their obligation to maintain the confidential and proprietary status of such Confidential Information, and (ii) only those authorized contractors of such receiving party who have a need to know such information in their duties for such party and who have signed a confidentiality agreement with such receiving party at least as protective of such Confidential Information as the provisions of this Agreement. Each party receiving Confidential



Information of the other shall use such Confidential Information only for the purposes permitted under this Agreement.

**6.2**    **Exception**. The foregoing prohibitions on disclosure of Confidential Information shall not apply to the extent certain Confidential Information is required to be disclosed by the receiving party as a matter of federal, state or local law, reguation or by order of a court or other legal process, provided that the receiving party uses reasonable efforts to provide the disclosing party with prior notice of such obligation to disclose and reasonably assists in obtaining a protective order therefore or in otherwise limiting such disclosure.

**6.3**    **Terms of this Agreement**. Each party agrees to keep confidential and not to disclose the terms and conditions of this Agreement to any third party other than (i) in confidence to its affiliates, actual or potential investors, banks, lawyers, accountants and other professional advisors, and (ii) in connection with the enforcement of its rights under this Agreement, and (iii) as may be required by law or regulation, and (iv) in confidence in connection with a merger or acquisition or a proposed merger or acquisition. The existence of this Agreement is not confidential. In any case, Photon may provide and disclose the terms of its standard form software license and development agreement to any person or entity.

**6.4**    **Communications**. Subject to the advance written approval of the Customer, Photon may use the Customer's name, logo, trademark or other identifying marks of the Customer in its sales, marketing or external communications, indicating only the general nature of services provided by Photon to the Customer, and such other details as may be available in the public domain.

**6.5**    **Injunctive Relief.** The parties expressly acknowledge and agree that a threatened or actual violation by the Customer of any provision of this Section 6 or of Section 4 will cause irreparable injury to Photon for which Photon will not have an adequate remedy at law. Therefore, in the event of such an actual or threatened violation by the Customer, Photon shall be entitled to temporary or permanent injunctive relief or other equitable remedies, in each case without the posting of any bond or other security. Nothing in this Section shall be construed as preventing Photon from pursuing any and all remedies available to it for a threatened or actual violation of any provision of this Agreement, including recovery of monetary damages from the other party.

**6.6**    **Independent Contractor**. Photon shall perform the Services as an independent contractor. Nothing contained herein shall be construed to create or imply a partnership, joint venture, and principal-agent or employment relationship between the parties. Neither party shall have any right, power or authority to act on behalf of, or bind, the other party in any manner whatsoever, and neither party shall represent that it has such right, power or authority.

**6.7**    **No Restriction on Services**. Nothing in this Agreement shall restrict or limit Photon from performing any professional services, for any third party.  Notwithstanding the foregoing, any unique product or application that is created by Photon for Customer will be the sole property of Customer and Customer has exclusive rights thereto, upon full payment of the fees as set out in the relevant SOW.

**6.8**    **Non-Defamation.** Both parties hereby agree not to make any public disclosure, press communications, representations or any other communication in any form that defames the other party in any way

**7.**    **Term**

**7.1**    **Term**. This Agreement shall become effective on the date of signing this Agreement and shall expire on the 2nd anniversary of that date. Any terms related to the termination of individual SOWs shall be referenced in the respective SOWs.  This Agreement may be renewed upon written agreement of the parties.



8.  **Notice**. Any notice hereunder shall be in writing and shall be deemed given and effective (i) when delivered personally, or e-mail (with confirmed delivery), or by commercial express service, or (ii) three (3) days after the postmark date if mailed by certified or registered mail, postage prepaid, return receipt requested, addressed to a party at its address stated below its signature hereto or to such other address as such party may designate by written notice to the other party in accordance with the provisions of this Section.

9.  **Legal Fees.** In any litigation or other proceeding by which a party seeks to enforce its rights under this Agreement (whether in contract, tort or both) or seeks a declaration of any rights or obligations under this Agreement, the prevailing party shall be awarded reasonable attorney fees, together with reasonable costs and expenses, incurred to resolve the dispute and to enforce final judgment.

10.  **Miscellaneous**.

   10.1     **Applicable Law; Jurisdiction**. This Agreement shall be governed by and construed and enforce in accordance with the laws of the State of Delaware. Any action or proceeding arising from or relating to this Agreement shall be brought in the federal courts of the State of Delaware. Each Party hereby irrevocably consents to the exclusive jurisdiction and venue of such courts.

   10.2     **Entire Agreement; Amendment**. This Agreement together with the applicable Statements of Work, constitutes the entire agreement between the parties relating to the subject matter hereof and supersedes all prior oral and written and all contemporaneous oral negotiations, commitments and understandings of the parties. The terms and conditions of this Agreement shall further supersede all pre- printed terms and conditions contained in any purchase order or other business form submitted hereafter by any party to the other. This Agreement may not be changed or amended except by writing, stating that it is an amendment to this Agreement, executed by both parties hereto. If there is a conflict among the terms and conditions of this Agreement and a Statement of Work, then the terms and conditions of this Agreement shall govern.

   10.3     **Assignment**. This Agreement shall inure to the benefit of and be binding upon the parties hereto and their respective successors and assigns (to the extent this Agreement is assignable). No party may assign or transfer this Agreement without the prior written consent of the other party hereto, which shall not be unreasonably withheld, except that each party may assign or transfer this Agreement without the consent of the other party if this Agreement is assigned or transferred as part of a transfer of the business (whether by merger or sale of assets or the like) to which this Agreement pertains, and provided the assignee or transferee assumes in writing or by operation of law all obligations of the assigning or transferring party hereunder.

   10.4     **Subcontracting.** Subject to approval of the Customer, Photon shall have the right to subcontract to subsidiaries and other affiliates, any or all of the work covered under any of the SOWs or under this MSA.

   10.5     **Waiver**. No delay or failure by either party to exercise or enforce at any time any right or provision of this Agreement shall be considered a waiver thereof or of such party's right thereafter to exercise or enforce each and every right and provision of this Agreement. A waiver to be valid must be in writing.

   10.6     **Counterparts**. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which shall constitute but one and the same document.

   10.7     **Severability**. If any provision of this Agreement shall be held illegal, invalid or unenforceable, in whole or in part, such provision shall be modified to the minimum extent necessary to make it legal, valid and enforceable, and the legality, validity and enforceability of all other provisions of this Agreement shall not be affected thereby.

   10.8     **Force Majeure**. Neither party shall be liable for any loss, damage or penalty arising from any failure or delay in performance due in whole or part to any cause beyond its reasonable control.

DocuSign Envelope ID: 417155CF-B305-4C06-AB02-2D75D70032B9



**10.9**    <u>Export</u>. Customer agrees to fully comply with all U.S. export control laws and regulations and apply for all export licenses where applicable. Customer shall do no act or thing that would cause Photon to violate U.S. export control laws or regulations.

**10.10**    <u>Limitation of Actions</u>. Except for actions for non-payment or breach, no action, regardless of form, arising out of this Agreement or any Statement of Work may be brought by either party more than three (3) year after the cause of action has accrued.

**10.11**    <u>Construction</u>. The headings are for reference purposes only and shall not be considered in construing this Agreement. In construing or interpreting this Agreement, the word "or" shall mean either or both, and the word "include" or "including" shall not be limiting or exclusive. This Agreement shall be fairly interpreted in accordance with its terms without any strict construction in favor of or against either party and ambiguities shall not be interpreted against the drafting party.

**10.12**    <u>Recruiting of Personnel</u>. Each Party agrees that while this Agreement or a Statement of Work is in effect, that Party will not actively solicit or recruit any employee of the other Party to be employed, or retained as a consultant, by the Party or any of its affiliated entities, without in each instance obtaining the prior written consent of the other Party, which may be conditioned as the other Party deems appropriate.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date first above written.

**Photon Interactive UK Limited**                          **Purple Innovation, LLC**

By:    _Singaravelu Dhanapal_              By:    _Craig Phillips_

Name:    Singaravelu Dhanapal                Name:    Craig Phillips

Title:    Manager - Finance                      Title:    Chief Financial Officer

Attn:    _____              Attn:    _____

Fax:    _____              Fax:    _____

| Statement of Work – CMS & Commerce Re-Platform | Date: 1 November 2019 |
|---|---|

PHOTON INTERACTIVE UK LIMITED CONFIDENTIAL

# Statement of Work Customer: Purple Innovation LLC

# Program: CMS & Commerce Re-Platform Date:

# 1 November 2019

**Table of Contents**

1.     ABOUT THIS SOW ................................................................................................3

2.     SCOPE OF WORK ................................................................................................3

2.1        FEATURES IN SCOPE ........................................................................................4

2.2 SERVICES IN SCOPE .................................................................................................5

2.3 SERVICES OUT OF SCOPE ........................................................................................5

3.     EXECUTION METHODOLOGY ........................................................................7

4.     PROGRAM PLAN ................................................................................................9

5.     ASSUMPTIONS AND CONSTRAINTS ............................................................9

5.1 PROJECT SPECIFIC ASSUMPTIONS ........................................................................9

5.2 STANDARD ASSUMPTIONS ....................................................................................12

6.     COSTS ..................................................................................................................13

7.     TRAVEL EXPENSES ........................................................................................13

8.     PAYMENT SCHEDULE ....................................................................................14

9.     PAYMENT TERMS ............................................................................................14

10.     MODE OF PAYMENT ......................................................................................14

11.     APPENDIX ..........................................................................................................16

1. **About this SOW**

This Statement of Work ("SOW") is made and entered into effective as of November 1, 2019, by and between Photon Interactive UK Limited ("Photon") and Purple Innovation LLC (the "Client"). This SOW is entered into pursuant to that certain Master Services Agreement (the "MSA"), effective as of November 1, 2019. This SOW identifies the specific information required pursuant to the MSA, and hereby incorporates the terms and conditions of the Agreement by reference. All work performed hereunder shall be subject to the terms of the MSA.

2. **Scope of Work**

Purple is looking to re-platform its core content and commerce platforms to have greater flexibility and improved capability. Purple currently uses Shopify as the commerce platform and Craft CMS for content management; both these services (Commerce & Content) will be shifted to commercetools & Acquia Drupal platforms respectively.

The entire engagement is divided into two phases

1. **Foundation services development & Data migration (Phase 0) -** This phase will involve software installations, analysis of current platforms, evaluation of current state architecture and set user roles.
   a. **ACQUIA DRUPAL -**
      - Create a folder and file structure
      - Searchable Images: Content Metadata and Value, create name and value pairs
      - Export Templates and Content from Craft to Drupal in the right folder and content design structure
      - Create Blank Site - Supporting Artefact (Images, Videos, Text)
   b. **COMMERCETOOLS -**
      - Analyze backend integrations & customizations
      - Analysis of current integrations of Shopify with enterprise systems
      - Populate Inventory, Product Information, Pricelist; Payment Gateway Integration
   c. **NON FUNCTIONAL REQUIREMENTS**
      - Finalize performance SLAs for architecture layers
      - Security Requirements
      - Performance and Scalability Requirements for Production
      - Accessibility Standards
      - Browser & device matrix
      - Analytics and Tag Implementation Requirements

2. **Development (Phase 1):**
   Development will start once Photon receives the new style guides, redline wireframes & mockups from the agency hired by Purple for the creative production. This phase will involve front end development, service integration and end to end testing of the responsive website.

DocuSign Envelope ID: 4171EECE-B085-4CC6-ARD8-2D7FD70032B9

**Drupal WYSIWYG capabilities will be leveraged, making it easy for transition post development to Purple internal teams to add or customize content, components & web pages**

## 2.1  Features in Scope

The following are the features that have been considered in this scope of work by program:

| Feature | Sub Feature |
|---|---|
| Home Page | Offers banner |
| | Featured products |
| | Reviews |
| Header & Footer | Try in Store |
| | Mega menu |
| | Static pages |
| | Social Media Links |
| | Email/Chat/Contact |
| Account Mgmt. | Register/Edit Account |
| | Account Profile |
| | Order history |
| | Login/Forgot Password |
| Promotional Content | Purple Boys/Carousal images |
| Product Listing Page | Product Listing |
| | Product Sorting |
| | Add to Cart |
| Product Display Page | Product Description |
| | Product Size/ Quantity Tab |
| | Ratings and Review |
| | Add to cart |
| Write a review | |
| Shopping Cart | Shopping Bag |
| | Add/remove Product |
| | EMI options |
| Checkout | Billing and Shipping Information |
| | Promotion Redemption |
| | Payment Options: Amazon Pay, PayPal Checkout |
| | Registered User Checkout |
| | Guest Check-Out |

The above feature list is representative of the existing site features and is expected to evolve during the course of the discovery phase. This will be a placeholder for us to effectively manage the scope, effort, timeline and cost of the SOW. Any major change will be implemented only after we have agreement and approval from all Purple stakeholders

**2.2 Services in Scope**

Photon would cover the following services in this Scope of Work

1. **Project Management:** Creation and management of a program plan as well as detailed task plans as listed in the Execution Methodology section of this SOW.

2. **Business Requirements Definition: Feature List by Sprint, Information Architecture,** High level wireframes where applicable, business information definition and flows as well as detailed requirements of the system to be developed. This will include User Stories and associated acceptance criteria that will be used for development and test case generation

3. **User Interface Development:** Cutting and embedding, into the technology of choice the images and user interface elements.

4. **Technical Requirements Definition:** Technical requirements from a data, integration and performance/non functional requirement perspective that are applicable to the system.

5. **Architecture and Design Definition:** Sequence, class and data definitions for any key areas of the system that need to be defined prior to development.

6. **Software Development:** Development of the software in the technology of choice for each of the functional areas of the system and unit testing the same using either manual or automated techniques.

7. **Quality Assurance:** Creation and execution of test cases aligned with a Test Strategy, Test Plan and logging defects as well as triaging them to ensure quality of the software but commitment to timelines. Photon will also facilitate during the User Acceptance Testing weeks in individual sprint cadences and during the Business User Acceptance Testing weeks before production release and GO LIVE

8. **Automated Testing.** Creation and testing of automated and executable tests.

9. **Configuration and Release Management:** Maintenance of the code and related artefacts to ensure software can be built, deployed and configured for use in different environments as per the program plan

**2.3 Services Out of Scope**

Unless explicitly mentioned in a prior section of this SOW, the following items are not in Photon's scope of work as a part of this SOW

1. **Environment Provisioning and Hosting for Staging and Production:** Creation and maintenance of any environments over and above commodity hardware and software for development are out of scope of this SOW. The development environment has no guarantees of uptime of any nature.

2. **Creative Deliverables:** Creative services are not being performed as a part of this SOW by Photon, it is assumed that all such deliverables shall be provided to Photon as per the guidelines laid out in the section marked Execution Methodology.

3. **User Interface Design:** Mockups including actual color and font schemes of the depicted wireframes and delivered as images in a format of choice including descriptive information where appropriate.

4. **Underlying Systems for Integration:** Where there are any existing systems that are to be integrated with the system being developed or modified as a part of this SOW, making those available in all environments requested on time (as per the guidelines laid out in the section marked Execution Methodology) is the responsibility of the Client.

5. **Best Practices Documentation:** The responsibility of Photon is to deliver documentation, technical and non technical related to the systems being developed or modified in this SOW. Any non-system documentation such as best practices, guidelines or training material remains outside the scope of this SOW.

6. **Customer Specific Marketing:** Logo, Images and Branding of the Client are to be delivered as style guides with appropriate instructions to Photon are not deliverables that are taken into account as a part of this SOW.

7. **Multiple Releases:** If any request is made to split the work entailed here into multiple releases to Client, Photon reserves the right to increase the fees payable hereunder by a maximum of 25% of the effort of this SOW to cover the additional testing and verification that is required to make it happen. Photon agrees that any increase of fees due to multiple releases will be reviewed and agree upon in writing between the parties prior to any increase.  This will be managed as part of the change control process, impact quantified and approval obtained before it is implemented

8. **Ongoing Maintenance and Support:** All responses to support requests, updates and modifications requested after the release of the system or software are not covered in this SOW. Notwithstanding the foregoing this will not include the warranty period nor the services outlined in Section 6B below.

9. **Third Party Software, Licensing or Services:** All software licenses required for the services provided for in this SOW (development, staging and production) except for commodity software and external services shall be provided for by the Client when requested as per the timelines specified in the section marked Execution Methodology.

10. **Performance, Load and Security Testing:** Scripted, automated execution of the application through tools and means appropriate to the technology to verify performance in compliance with guidelines for performance, load, stress and where applicable, vulnerability and security. Purple will be responsible for providing the as-is performance of current site to be used a baseline during the discovery/foundation phase. Photon will responsible for meeting the baselined target or improve upon it when the new platform is released

11. **Release and Deployment**: Deployment and release of the software developed to any environment over and above the development environment such as QA, Staging or Production.

12. **Software Documentation:** Documentation of the software system to support post production maintenance of the application such as hosting, environments and accurate configuration patterns.

**3. Execution Methodology**

- **Process Methodology:** At Photon we follow an Agile development methodology for all our projects. Iterations are weekly. Our Agile methodology follows a staggered sprint approach for definition and development of different features of a larger program as depicted below.



| Phase | | Deliverables |
|---|---|---|
| **Grooming** | FD | Feature Development, If we do grooming. User Stories |
| | CD | Creative Design, If we do the mocks. UX/CX, Mockups |
| | HO | Handover of assets by customer or agency |
| **Pre-Sprint** | US+T-Req | User Stories creation and Technical Requirements gathering |
| | UI-DEV | User Interface Development, HTML pages |
| | UI-DEV+S-DEV | Combination of UI-DEV+S-DEV |
| | S-DEV | Web Service APIs Development |
| **Sprint** | DEV-Int | Development Integration |
| | QA | Defects! No Sev 0, 1 on primary platform exit |
| **Post- Sprint** | CM | Code Merge Weeks |
| | ST | System Testing/End to End Testing |
| | RT | Regression Testing |
| | ST+RT | Union of ST & RT |
| | LT | Load Testing/Web and Internet Compliance |
| | LT+SA | Load Testing and Security Assessment |
| | UAT | Sign off |
| | BUAT | Business User Acceptance Testing! Sign Off |
| | Rel | Release weeks |

Note that as per this methodology, requirements change after the start of the last week of Dev in a sprint shall be considered a change in requirement and shall follow the Change Control procedure depicted below. Changes in requirements prior to the start of the last Dev week might be accepted or rejected based on the effort estimated for the change.

Unless otherwise approved in writing, representatives of the Photon will use Customer's Collaborative software development platform, JIRA. JIRA shall be the primary source of all documentation as well as actions, risks and dependencies (it provides email notifications on task and artefact assignments) and shall serve as the equivalent of email.

**Time Commitment:** Unless otherwise specified, it is expected that stakeholder commitment from Client would include ~20 hours a week of Product Owner time, ~10 hours a week of Program Management time and ~10 hours a week of Technical Architect time on an average project

- **Dependencies**: All dependencies, which are dependencies of Client Web Services being made available to us, are, unless otherwise stated, due by the T-Req week of a given sprint as per the sprint plan above. If creative deliverables as per the Services in Scope and Services Out of Scope section are due from the Client or from a vendor contracted by the Client, they are due prior to the US week of a Sprint. All other dependencies are as stated in the date specified in the Dependency Tracker in Insight. It is recommended that all such dependencies and requests are planned with sufficient buffer so as not to incur chargeable delays on the Program.

- **Acceptance & Sign Off:** All completed deliverables are published for review at the end of each week. Photon will schedule a review meeting and request acceptance sign off on Insight Document Review, Sign-Off Tracker or email. Any failure to respond shall either result in automatic acceptance (of deliverables to be signed off or change requests) or chargeable delays (for requests for information) after a 5 day grace period

- **Change Control:** Any change in schedule or effort for any reason including but not limited to dependencies not being met, requirements changes or effort estimation of individual tasks or sprints or team member changes shall be logged in the Change Control Tracker in Insight or on email along

with forecasted change in effort, schedule and if applicable cost. Once logged, it is held to the same rules as the Acceptance and Sign Off section above

## 4.  Program Plan

The following is the program plan for this program:



## 5.  Assumptions and Constraints

## 5.1 Project Specific Assumptions

- Photon has accounted for a re-platform of both content management and ecommerce platform which will involve the data migration, services development, service integration and testing of website

- Photon will build as responsive website for Desktop, Mobile and Tablet form factors

- Photon assumes that access to the current code of purple.com will be provided

- Photon has not accounted for creative design as part of this proposal and assumes that the wireframes and redlined mocks ups will be provided during the "Handover" week of the corresponding feature development cadence

- Photon assumes that the creative design provided by the chosen agency will consider the feasibility of implementing on Drupal CMS and its technical capabilities

- Photon has accounted for the content migration from the current Craft CMS to Acquia during the BUAT Phase of the engagement

- The execution will be in a Lean Agile fashion to meet the feature set mentioned in the Engagement Plan

DocuSign Envelope ID: 4171EECE-B9B5-4CC6-A8D2-2D7FD70032B0

- Photon will ensure that Architectural & Integration reviews are done so that the new system is being designed in a way that maximizes performance, scalability and security.This will need to be reviewed and approved by Purple

- Photon will do Code reviews to ensure the new system is in accordance with platform standards (Drupal and CommerceTools) and can easily be modified in the future. This will need to be reviewed and approved by Purple

- The developed application will be ADA compliant and scope will be defined as part of the need to have accessibility requirements (NFR)

- The features that are accounted for this development initiative are listed down in section 2.1 – Features in Scope. Any change would be treated as Change Request

- Photon assumes that hosting fees, third party framework/library or any supporting product licensing fees will be borne by Purple

- Photon will identify and list all third party API integration requirements as part of the foundation phase. Photon assumes that  Purple will facilitate the provisioning of all third party API integrations before the UI-Dev week of the respective feature development

- In case when additional Creative Designer resources are required at an onsite / offshore location for a pre-defined duration, Photon will ramp up the project staffing to accommodate Purple's request on a time and materials engagement SOW. Photon will require a prior notice of 2 weeks from Purple. This will be invoiced on a Time & Materials basis (onsite rate – USD 110/hour; offshore – USD 30/hour)

- ☐ Photon project resources will travel to Purple onsite locations on a need basis through the various phases of the engagement: requirement definition, integration/acceptance testing and deployment. Any additional cost will be pre-approved by the client

- Photon offshore teams will work with the Purple team to finalize daily work time that ensures an overlap of 3 hours with the Purple office hours

- Photon assumes that Purple will allocate required business(product) / creative / project / technical stakeholders for timely review and approval of project artefacts to meet the schedule

- Photon will provide post-production warranty support as per the terms agreed in the Master Services Agreement

- Photon will provide an option to pause the project by 4 weeks from the end of the foundation phase, at no additional cost, in case there is a delay in the delivery of creatives from the external vendor. Any further delay will have to be informed in advance and agreed upon by both Photon and Purple. Photon will execute the project in 2 week sprints thereby mitigating impact of any delay in delivery of UX assets from the creative agency. This will facilitate development of smaller chunks of work and reduce the impact of delays in creative delivery during the initial phase of the

DocuSign Envelope ID: 4171EECE-B985-4CC6-ABD8-2D7FD70032BA

program plan

- Photon will develop and support the below mentioned device matrix

| BROWSERS | TESTING VERSION |
|---|---|
| Chrome | Latest stable version |
| IE/Edge | 10 & 11 |
| Firefox | Latest stable version |
| Safari | 10.0 & above |

Below is the heatmap of traffic to the current purple.com website across browsers and will be used as a reference for the compatibility test

| BROWSER | VERSION | SUM OF % SESSIONS |
|---|---|---|
| Safari mobile | 12 | 25.84% |
| Chrome mobile | 74 | 7.22% |
| Chrome mobile | 73 | 6.26% |
| Chrome mobile | 75 | 5.45% |
| Safari mobile UI/WKWebView | 12 | 5.13% |
| Chrome mobile | 72 | 5.01% |
| Safari mobile UI/WKWebView | (blank) | 4.78% |
| Samsung Internet | 9 | 4.30% |
| Chrome | 74 | 2.66% |
| Chrome | 75 | 2.48% |
| Chrome | 73 | 2.42% |
| Pinterest | (blank) | 2.14% |
| Chrome | 72 | 2.03% |
| Safari | 12 | 1.65% |
| Chrome | 66 | 1.30% |
| IE | 11 | 1.27% |
| Safari mobile | 11 | 1.24% |
| Samsung Internet | 8 | 1.23% |
| Chrome mobile | 71 | 1.09% |
| Chrome mobile | 76 | 1.01% |
| Amazon silk | 72 | 0.75% |
| Edge | 18 | 0.71% |
| Chrome | 71 | 0.61% |
| Edge | 17 | 0.59% |
| Safari mobile | 10 | 0.58% |
| Chrome mobile | 70 | 0.49% |
| Facebook | 210 | 0.41% |
| Amazon silk | 73 | 0.40% |
| Chrome mobile | 69 | 0.39% |
| Chrome mobile | 68 | 0.39% |
| Firefox | 66 | 0.38% |
| Chrome | 59 | 0.31% |

DocuSign Envelope ID: 4171EECE-B085-4CC6-ARD8-2D7FD70032B0

## 5.2 Standard Assumptions

a.  The MSA, this SOW and any exhibits constitute the entire understanding between Photon and Client with respect to the subject matter hereof. There are no other understandings, agreements, representations or warranties relied upon by either party with respect to the subject matter herein, which are not included herein. This agreement may be modified only in writing signed by both parties

b.  Photon will be responsible for enabling the integration between the Acquia Drupal and commercetools platform for the purposes of this program. Photon will ensure that Acquia Drupal Layout based WYSIWG capabilities are tested and validated before project completion.

c.  Photon assumes that representatives from the Client would be available, as planned in the Work Breakdown Structure to provide any guidance, assistance and clarifications

d.  Photon assumes that all Sign Offs would be obtained either through a formal document management system or through email the Client shall provide all the software and access to the Client systems necessary for Photon to perform the work set forth in this Scope of Work. If any issues are to arise, it is understood that there might be an impact to the schedules

e.  Photon shall provide commodity hardware and software for the developers to build and test the systems. Photon does not include in this proposal any hardware required to run the production systems

f.  This proposal is a fixed price proposal for the Scope of Work set forth and does not include any maintenance component unless associated with an additional Scope of Work

g.  This proposal includes a Payment Schedule as set forth in the "Payment Schedule" section. Any change in the same must be discussed and signed off by an Officer of Photon and Client.

h.  If at any point in time, this project is cancelled; the Client agrees to pay Photon for all work done through to the effective date of termination (including any contractual notice period to be considered as per the MSA or this SOW) on a pro-rated basis in accordance with the invoice raised by Photon

i.  The amount of work/product generated by Photon pursuant to this engagement (other than any pre-existing or independently developed development tools, routines, subroutines, and other programs that Photon incorporates into the work product ("Generalized Technology") will be automatically assigned to the client is directly proportional to the payment made by Client.

j.  Any changes in the SOW (as described in the "Change Control Process" section) and any significant delays in sign off that lead to idling of resources shall be chargeable at the hourly rate set forth in the rate card. If any of the assumptions set forth herein are not true, Photon will be entitled to price increases hereunder to compensate for additional costs associated with therewith

k.  There will be no delays in deliverables from teams external to Photon (Development, QA or Content). Any such delays will result in additional cost for idle time and will be managed using the change control process

l.  All the costs, rates and pricing in this proposal assume direct invoicing to the customer and any fees,

DocuSign Envelope ID: 4171EECE-B085-4CC6-ABD2-2D7FD70032B0

commissions or any other form of payment to any intermediary (whether for contract management, payment processing or otherwise) shall be in addition to such costs, rates and pricing as mentioned in this proposal

6. **Costs**

    A. **Application Development**
    The cost of purple.com CMS & Commerce re-platform is as per the table give below

| PHASE | TRACK | DURATION | COST |
|-------|-------|----------|------|
| Phase 0 | Foundational | 4 weeks | USD 60,000 |
| Phase 1 | Development on Drupal & commercetools | 19 WEEKS | USD 308,120 |
| User Training | Internal Stakeholder Training | 4 weeks | USD 24,800 |
| **TOTAL** | | 23 WEEKS | USD 392,920 |

    B. **Application Support**
    Monthly business as usual application support after the warranty period shall be approximately **USD 14,400/month** billed on a Time and Material basis and upon the request from Purple
    - Scope of services will include incorporating design and layout changes, defect fixes, updating automation scripts and testing
    - The support team will consist of One Front-End/Drupal Developer, One Commerce/API developer and one automated regression testing engineer
    - Monthly invoicing will be done based on timesheets that are approved by Purple

7. **Travel Expenses**

All reasonable travel and out of pocket expenses directed towards the execution of the program must be preapproved  and will be billed on an actuals basis and not to exceed 12% of the SOW value. Photon will ensure that these expenses will be managed within the published Purple Travel Policy guidelines

8. **Payment Schedule**

Photon will perform the services set forth in this SOW, subject to the assumptions set forth herein for a fixed price of USD 392,920

Payments will be made as follows:

**Foundational Track**

| S No. | Milestones | Percentage | Amount (In USD) |
|-------|-----------|------------|-----------------|
| 1 | Foundation Engagement Initiation | 100% | 60,000 |

**Development Track**

| S No. | Milestones | Percentage | Amount (In USD) |
|-------|------------|------------|-----------------|
| 1 | Development Phase Initiation | 25% | 77,030 |
| 2 | End of Sprint 1 | 25% | 77,030 |
| 3 | End of Sprint 2 | 25% | 77,030 |
| 4 | Project Completion | 25% | 77,030 |

**User Training Track**

| S No. | Milestones | Percentage | Amount (In USD) |
|-------|------------|------------|-----------------|
| 1 | Training Completion | 100% | 24,800 |

**9.  Payment Terms**

As per MSA

**10.   Mode of Payment**

**Please Remit USD 60,000 (Project Initiation Advance) as per the WIRING INSTRUCTIONS given in the Invoice**

Note: Wire Transfer fees, if any, to be borne by the client.

**Agreed and Accepted:**

| | **For PURPLE INNOVATION LLC** | **For Photon Interactive UK Limited** |
|---|---|---|
| **Signature** | *Craig Phillips* | *Singaravelu Dhanapal* |
| **Name** | Craig Phillips | Singaravelu Dhanapal |
| **Title** | Chief Financial Officer | Manager - Finance |
| **Organization** | | |
| **Date** | | |

## 11. APPENDIX

**SCHEDULE A: PHASE WISE DELIVERABLES**

**Phase: Foundation/Discovery**

| Phase | Primary Responsibility | Item |
|---|---|---|
| Foundation/Discovery | PHOTON | Overall Feature List |
| Foundation/Discovery | PHOTON | Environment Setup Acquia Drupal, commercetools |
| Foundation/Discovery | PHOTON | Continuous Integration/Continuous Delivery Setup |
| Foundation/Discovery | PHOTON | Detailed Architecture |
| Foundation/Discovery | PHOTON | Non Functional Requirements |
| | | *Performance* |
| | | *Scalability* |
| | | *Device Matrix* |
| | | *Analytics Requirements* |
| | | *Logging and Instrumentation* |
| | | *Security* |
| | | *Accessibility Requirements* |
| | | *Disability Testing (ADA and Beyond)* |
| | | *Search Engine Optimization* |
| Foundation/Discovery | CREATIVE AGENCY | User Journey |
| Foundation/Discovery | CREATIVE AGENCY | Information Architecture |
| Foundation/Discovery | CREATIVE AGENCY | Design Codex/Mood Board/Style Guide |
| Foundation/Discovery | CREATIVE AGENCY | Design System (Atomic and Code Based Design) |
| Foundation/Discovery | CREATIVE AGENCY/PHOTON | Templates (Layouts, Grids, Proportions) |
| Foundation/Discovery | CREATIVE AGENCY | Global Navigation |
| Foundation/Discovery | PHOTON | Define Breakpoints (View Port/Device Support, Min Max Range or Content Driven) |
| Foundation/Discovery | PHOTON | Test Strategy |
| Foundation/Discovery | PURPLE | Golden Test Data |
| Foundation/Discovery | PURPLE/PHOTON | Application Monitoring Requirements |

**Phase: Sprint Cadence**

| Sprint Artifacts | **Grooming** |
|---|---|
| Sprint Artifacts | *User Stories* |
| Sprint Artifacts | *Wireframes* |
| Sprint Artifacts | *Mockups (Visual Design)* |

| Sprint Artifacts | Prototypes |
|---|---|
| Sprint Artifacts | *Interaction (Motion) Design* |
| Sprint Artifacts | *Scope Lock-Down and Detailed Task Planning* |
| Sprint Artifacts | **Pre-Sprint** |
| Sprint Artifacts | *User Stories with Acceptance Criteria* |
| Sprint Artifacts | *Detailed Technical Requirements and Specifications* |
| Sprint Artifacts | *UI-Development* |
| | *Backend Development* |
| Sprint Artifacts | *Test Cases* |
| Sprint Artifacts | *Functional Automation Test Cases* |
| Sprint Artifacts | *Service/API-Development/Service/API-Assurance* |
| Sprint Artifacts | **Development Integration** |
| Sprint Artifacts | Functionally working build |
| Sprint Artifacts | *Unit Testing Results* |
| Sprint Artifacts | *Code Coverage* |
| Sprint Artifacts | *Automated Functional Testing Results* |
| Sprint Artifacts | *Code Review Checklist = 100% Compliance* |
| Sprint Artifacts | *Feature Coverage Report* |
| Sprint Artifacts | *Test Execution Coverage* |
| Sprint Artifacts | **Post-Development** |
| Sprint Artifacts | *Regression Testing Report* |
| Sprint Artifacts | *Security Assessment* |
| Sprint Artifacts | *Performance Assessment* |
| Sprint Artifacts | *User Acceptance Testing Report* |

## SCHEDULE B: DEFAULT ACQUIA LAYOUTS

The Acquia platform enables default layout options as part of the Lightning Layout Library and detailed in the below Acquia Docs URL

https://docs.acquia.com/lightning/layout/layout-library/



## Certificate Of Completion

Envelope Id: 5F436C60FECF4757B4BC6444BF7B5F10      Status: Completed
Subject: Please DocuSign: FORM APPROVALS 250K to 500K.docx, 2019.09.19 Photon Interactive UK Limited Mas...
Source Envelope:
Document Pages: 23      Signatures: 2      Envelope Originator:
Certificate Pages: 5      Initials: 7      Tanya Sestak
AutoNav: Enabled      123 E 200 N
EnvelopeId Stamping: Enabled      Alpine, UT  84004
Time Zone: (UTC-08:00) Pacific Time (US & Canada)      tanya.s@purple.com
     IP Address: 64.77.251.2

## Record Tracking

Status: Original      Holder: Tanya Sestak      Location: DocuSign
     11/1/2019 8:50:05 AM      tanya.s@purple.com

| Signer Events | Signature | Timestamp |
|---|---|---|
| Tanya Sestak<br>tanya.s@purple.com<br>Paralegal<br>Purple<br>Security Level: Email, Account Authentication (None) | **Completed**<br><br>Using IP Address: 64.77.251.2 | Sent: 11/1/2019 8:59:37 AM<br>Viewed: 11/1/2019 8:59:50 AM<br>Signed: 11/1/2019 9:00:33 AM |
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | | |
| Jimmy Drake<br>jimmy@purple.com<br>VP eCommerce<br>Security Level: Email, Account Authentication (None) | JD<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 50.200.125.254 | Sent: 11/1/2019 9:00:34 AM<br>Viewed: 11/1/2019 9:01:19 AM<br>Signed: 11/1/2019 9:01:29 AM |
| **Electronic Record and Signature Disclosure:**<br>   Accepted: 11/1/2019 9:01:19 AM<br>   ID: bbb1e084-d77b-4929-8fe8-eeee09a3a6f5 | | |
| Tanya Sestak<br>tanya.s@purple.com<br>Paralegal<br>Purple<br>Security Level: Email, Account Authentication (None) | JS<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 64.77.251.2 | Sent: 11/1/2019 9:01:31 AM<br>Viewed: 11/1/2019 9:01:46 AM<br>Signed: 11/1/2019 9:01:49 AM |
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | | |
| Craig Kleinman<br>craig.k@onpurple.com<br>Deputy General Counsel<br>Purple<br>Security Level: Email, Account Authentication (None) | 2RK<br><br>Signature Adoption: Uploaded Signature Image<br>Using IP Address: 50.200.125.254 | Sent: 11/1/2019 9:01:51 AM<br>Viewed: 11/1/2019 9:03:47 AM<br>Signed: 11/1/2019 9:03:53 AM |
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Dustin Hanson<br>Dustin.h@purple.com<br>Security Level: Email, Account Authentication (None) | DH<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 50.200.125.254 | Sent: 11/1/2019 9:03:55 AM<br>Viewed: 11/1/2019 10:16:42 AM<br>Signed: 11/1/2019 10:16:52 AM |
| **Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | | |
| Craig Phillips<br>craig.p@purple.com<br>Chief Financial Officer<br>Security Level: Email, Account Authentication (None) | Craig Phillips<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 50.200.125.254 | Sent: 11/1/2019 10:16:54 AM<br>Resent: 11/4/2019 10:00:05 AM<br>Viewed: 11/5/2019 5:19:26 PM<br>Signed: 11/5/2019 5:20:07 PM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 11/5/2019 10:32:32 AM<br>ID: 02d0600f-8b67-4d8a-a6d7-824cb350d230 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 11/4/2019 10:00:05 AM |
| Certified Delivered | Security Checked | 11/5/2019 5:19:27 PM |
| Signing Complete | Security Checked | 11/5/2019 5:20:07 PM |
| Completed | Security Checked | 11/5/2019 5:20:07 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**



## Certificate Of Completion

Envelope Id: 4171EECEB0954CC6ABD22D7FD70032B9        Status: Completed
Subject: Please DocuSign: 2019.09.19_Photon_Interactive_UK_Limited_Master_Services_Agreement.docx.pdf, 2...
Source Envelope:
Document Pages: 22        Signatures: 2        Envelope Originator:
Certificate Pages: 5        Initials: 0        Tanya Sestak
AutoNav: Enabled        123 E 200 N
EnvelopeId Stamping: Enabled        Alpine, UT  84004
Time Zone: (UTC-08:00) Pacific Time (US & Canada)        tanya.s@purple.com
       IP Address: 64.77.251.2

## Record Tracking

Status: Original        Holder: Tanya Sestak        Location: DocuSign
       11/6/2019 7:44:11 AM        tanya.s@purple.com

| Signer Events | Signature | Timestamp |
| --- | --- | --- |
| Singaravelu Dhanapal<br>singaravelu.dhanapal@photoninfotech.net<br>Manager - Finance<br>Security Level: Email, Account Authentication<br>(None) | *Singaravelu Dhanapal*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 5.148.64.34 | Sent: 11/6/2019 7:46:34 AM<br>Viewed: 11/8/2019 7:15:15 AM<br>Signed: 11/11/2019 2:31:43 AM |
| **Electronic Record and Signature Disclosure:**<br>  Accepted: 11/8/2019 7:15:15 AM<br>  ID: c0fdf039-55ff-4c26-88f8-7d695f2759b9 | | |

| In Person Signer Events | Signature | Timestamp |
| --- | --- | --- |

| Editor Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Agent Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Intermediary Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Certified Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Carbon Copy Events | Status | Timestamp |
| --- | --- | --- |
| Jimmy Drake<br>jimmy@purple.com<br>VP eCommerce<br>Security Level: Email, Account Authentication<br>(None) | **COPIED** | Sent: 11/11/2019 2:31:45 AM |
| **Electronic Record and Signature Disclosure:**<br>  Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
| --- | --- | --- |

| Notary Events | Signature | Timestamp |
| --- | --- | --- |

| Envelope Summary Events | Status | Timestamps |
| --- | --- | --- |
| Envelope Sent | Hashed/Encrypted | 11/11/2019 2:31:45 AM |
| Certified Delivered | Security Checked | 11/11/2019 2:31:45 AM |
| Signing Complete | Security Checked | 11/11/2019 2:31:45 AM |
| Completed | Security Checked | 11/11/2019 2:31:45 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Vendor/Company: Photon Interactive UK Limited

Agreement Type: Service (Development of the future redesigned website)

**Spend:** $468,871

Please feel free to contact the contract sponsor below with any questions about the Agreement.

| | | |
|---|---|---|
| *JD* | Jimmy Drake | Contract Sponsor – I approve the attached agreement and agree to manage said agreement moving forward. |
| *JD* | Jimmy Drake | Budget Owner – I hereby give my approval for the attached agreement *and authorize it to be paid out of my budget.* |
| *JS* | Tanya Sestak | Paralegal – I certify that this contract has followed the proper process according to Company guidelines. |
| *BRK* | Craig Kleinman | Attorney – I certify that I have reviewed the attached agreement from a legal standpoint. |
| *JD* | Jimmy Drake | Direct Report – I hereby give my approval for the attached agreement (Required for a dollar value over $50,000) |
| *DH* | Dustin Hanson | Finance – I certify that I have reviewed the attached agreement and determined that the dollar figure is within approved budget or if not, has received other approvals necessary for this spend. |
| *CP* | Craig Phillips | CFO – I hereby give my approval for the attached agreement.  (Required for a dollar value over $250,000.) |